# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MN Laborers Health and Welfare Fund;
MN Laborers Pension Fund; MN laborers
Vacation fund; Construction Laborers'
Education & Training fund of MN and ND;
MN Laborers Employers Cooperation &
Education Trust,

Case No. Civil 02-337 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Krahncrete, Inc., and
Daniel Krahn, individually

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. That Plaintiffs' motion for default judgment is granted.

2. That Plaintiffs shall have judgment, joint and several against defendants in the amount of $13,239.60.

3. That defendant file the report for Dec. 2001, Jan and Feb. 2002 and all other months atha become due, at the office of Zenith administrators, 75645 Metro Blvd., Mpls., MN 55439, correctly identifying hours worked by laborers and the also known addresses of its employees pursuant to the Collective Bargaining Agreement within 5 days of service of this order upon them.

4. Defendants pay the contributions of all of the hours reported pursuant to the Court's order plus interest and liquidated damages in the amount of 10 percent of the delinquent contributions;

5. That upon the filing of the report by defendants with plaintiff, if defendants file to make payments required by this order, the plaintiffs may move the court for entry of judgment in the amount of unpaid contributions and liquidated damages as shown by Affidavit filed with the Court, and the Court shall enter judgment ten days after service of the motion and affidavit on Defendants.

DATE: April 19, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk