UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civ. File No. 02-0337 ADM/AJB

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

KRAHNCRETE, INC., and DANIEL KRAHN, individually,

Defendants.

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated April 19, 2002, which ordered Defendant to produce fringe fund reports for the months December, 2001 through July, 2002. Pursuant to that Motion, the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendants are hereby ordered to personally appear before this Court on November 14, 2002, at 9:00 am at the United States Courthouse, Courtroom 13W, 300 South Fourth Street, Minneapolis, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendants in civil contempt of this Court

FILED OCT
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

for continuing to refuse to produce the fringe fund reports and that Defendant Krahn should show cause why he should not be committed to confinement until compliance with the Court's Order of April 19, 2002.

BY THE COURT:

Date: October 31, 2002

The Honorable Ann D. Montgomery
United States District Court Judge