UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND, ET AL.,

Plaintiff,

v.

KRAHNCRETE, INC., and DANIEL KRAHN,

Defendants.

Civil No. 02-337(ADM/AJB)

ORDER

---

The above matter came before the Court on plaintiff's request that a Bench Warrant be issued for Daniel Krahn, owner of Krahncrete, Inc., 2726 Melrose Street SE, Rochester, MN 55904. Having considered the request, and all files and records herein IT IS HEREBY ORDERED THAT:

1. Daniel Krahn is in civil contempt of this Court's prior orders of April 19, 2002, and October 31, 2002.

2. A warrant shall be issued for the arrest of Daniel Krahn.

Dated: November 15, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

NOV 1 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK