UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND, ET AL.,

Plaintiff,

v.

KRAHNCRETE, INC. and DANIEL KRAHN,

Defendant.

Civil No. 02-337(ADM/AJB)

ORDER

Defendants in the above matter are hereby ordered to personally appear before this Court on **Wednesday, February 19, 2003, at 9:30 a.m.** to show cause, if any, why a contempt of court order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce the fringe fund reports, and that Defendant Krahn should show cause why he should not be committed to confinement until compliance with the Court's prior Orders.

Dated: January 28, 2003.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED JAN 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________